# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of all Others Similarly Situated,<br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC,VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPIA TOURS, LLC and JEFF WEBB,<br>　　　　　　　　　　　Defendants. | CIVIL ACTION<br>FILE NUMBER:<br>2:20-cv-02782-SHL-atc<br><br>**MOTION TO APPOINT INTERIM LEAD CLASS COUNSEL** |

# MOTION

Pursuant to Fed. R. Civ. P. 23(g)(3), Plaintiffs move to select Robert A. Falanga to act as Interim Lead Class Counsel for the putative classes identified in Plaintiffs' Complaint.

Respectfully submitted,

This 3rd day of November, 2020.

s/ Robert A. Falanga
Attorney Bar Number: 254400
Attorney for Plaintiffs and their Putative Classes
*Motion for admission pro hac vice forthcoming*

s/ Kobelah Svensen Bennah
Attorney Bar Number: 378113
Attorney for Plaintiffs and their Putative Classes

LAW OFFICES
FALANGA & CHALKER
11200 Atlantis Pl #C
Alpharetta, Georgia 30022
Telephone: (770) 955-0006
Facsimile: (770) 955-2123
robert@falangalaw.com
kobelah@falangalaw.com