# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VARSITY BRANDS, LLC, et al., <br><br> Defendants. | No. 2:20-cv-2782-SHL-atc |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY

Before the Court is Plaintiffs' Motion for Leave to File Reply Memorandum, filed November 24, 2020. (ECF No. 86.) Plaintiffs seek leave to file a reply to Defendants' Response in Opposition to Plaintiffs' Motion to Appoint Class Counsel. (ECF No. 84.) Defendants filed their Response on November 30, 2020. (ECF No. 87.) Defendants do not oppose the Motion. (ECF No. 87.)

The Court finds that more information about the proposed class counsel's qualifications and the potentially overlapping classes is necessary to decide the Motion to Appoint Class Counsel. Thus, the Motion for Leave to File Reply Memorandum is **GRANTED**. Plaintiffs must file their reply no later than **December 8, 2020**.

**IT IS SO ORDERED**, this 1st day of December, 2020.

s/ Sheryl H. Lipman <br>
SHERYL H. LIPMAN <br>
UNITED STATES DISTRICT JUDGE