UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN SPIRIT AND CHEER ESSENTIALS, INC., ROCKSTAR CHAMPIONSHIPS, LLC, JEFF & CRAIG CHEER, LLC, d/b/a JEFF AND CRAIG CAMPS, and ASHLEY HAYGOOD, Individually and on Behalf of All Others Similarly Situated<br><br>    Plaintiffs,<br> v.<br><br>VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC, VARSITY BRANDS HOLDING CO., INC., VARSITY SPIRIT FASHION & SUPPLIES, LLC, U.S. ALL STAR FEDERATION, INC., USA FEDERATION FOR SPORT CHEERING, d/b/a USA CHEER, VARSITY INTROPA TOURS, LLC and JEFF WEBB,<br><br>    Defendants. | **Case No. 2:20-cv-02782-SHL-atc** |

**DEFENDANTS VARSITY BRANDS, LLC, BSN SPORTS, LLC, VARSITY SPIRIT, LLC, STANBURY UNIFORMS, LLC, HERFF JONES, LLC, BAIN CAPITAL, LP, CHARLESBANK CAPITAL PARTNERS, LLC, VARSITY SPIRIT FASHIONS & SUPPLIES, LLC, VARSITY BRANDS HOLDING CO., INC., AND VARSITY INTROPA TOURS MOTION FOR PROTECTIVE ORDER**

Defendants Varsity Brands, LLC, BSN Sports, LLC, Varsity Spirit, LLC, Stanbury Uniforms, LLC, Herff Jones, LLC, Bain Capital, LP, Charlesbank Capital Partners, LLC, Varsity Brands Holding Co., Inc., Varsity Spirit Fashions & Supplies, LLC, and Varsity Intropa Tours (collectively, the Moving Defendants), through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(b), hereby move this Court to preclude discovery of the

1

Moving Defendants related to products sold by BSN Sports, LLC, Stanbury Uniforms, LLC, and Herff Jones, LLC, as well as all discovery from those entities.

Pursuant to Local Rule 7.2(d), movants request oral argument because they believe it will assist the Court in understanding the motion and the attendant issues and to answer any questions the Court may have.

WHEREFORE, for the reasons set forth in the Moving Defendants' Memorandum of Law in Support, filed contemporaneously herewith, the Moving Defendants respectfully request that the Court preclude discovery of the Moving Defendants related to products sold by BSN Sports, LLC, Stanbury Uniforms, LLC, and Herff Jones, LLC, as well as all discovery from those entities.

Dated: March 12, 2021

Respectfully submitted,

/s Matthew S. Mulqueen
George S. Cary*
Alexis Collins*
Steven J. Kaiser*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Phone: (202) 974-1500
Fax: (202) 974-1999
gcary@cgsh.com
alcollins@cgsh.com
skaiser@cgsh.com

* Admitted *pro hac vice*

Matthew S. Mulqueen (TN #28418)
Adam S. Baldridge (TN #23488)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Phone: (901) 526-2000
Fax: (901) 577-0866

mmulqueen@bakerdonelson.com
abaldridge@bakerdonelson.com

*Attorneys for Varsity Brands, LLC; BSN Sports, LLC; Varsity Spirit, LLC; Stanbury Uniforms, LLC; Herff Jones, LLC; Varsity Spirit Fashions & Supplies, LLC; Varsity Intropa Tours*

## CERTIFICATE OF CONSULTATION

      Counsel for the Moving Defendants certify that they consulted with counsel for Plaintiffs regarding the relief sought in this motion via email between Steven J. Kaiser and Robert Falanga between March 5 and March 8, 2021 and were unable to reach an accord as to the issues in this motion.

                                                         /s Matthew S. Mulqueen
                                                         Matthew S. Mulqueen (TN #28418)